```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PIEDMONT LUMBER & MILL, etc., ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 10 0852 TEH <br><br> NOTICE OF VOLUNTARY <br> <u>DISMISSAL</u> |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for November 22, 2010 at 1:30 p.m., in Courtroom No. 12, 19th Floor, Golden Gate Avenue, San Francisco, CA.

Dated: September 28, 2010    ERSKINE & TULLEY

By: <u>/s/ Michael J. Carroll</u>
     Michael J. Carroll
     Attorneys for Plaintiff

<u>NOTICE OF VOLUNTARY DISMISSAL</u>