```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO.  C 10 0852 TEH |
| Plaintiff, ) | |
| vs. ) | NOTICE OF VOLUNTARY <u>DISMISSAL</u> |
| PIEDMONT LUMBER & MILL, etc., ) | |
| Defendant. ) | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for November 22, 2010 at 1:30 p.m., in Courtroom No. 12, 19th Floor, Golden Gate Avenue, San Francisco, CA.

Dated: September 28, 2010     ERSKINE & TULLEY

By: /s/ Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiff

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Thelton E. Henderson / 09/29/10]

<u>NOTICE OF VOLUNTARY DISMISSAL</u>